**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Craig GARDNER, Petitioner**

**No. 212 EAL 2017**

Supreme Court of Pennsylvania.

December 19, 2017

## ORDER

PER CURIAM

**AND NOW,** this 19th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**